Same case below, 373 Fed. Appx. 602.

Same case below, 610 F.3d 427.

**No. 10-6106. Ellis Members, Petitioner v. United States.**

564 U.S. 1021, 131 S. Ct. 3019, 180 L. Ed. 2d 849, 2011 U.S. LEXIS 4600.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 376 Fed. Appx. 633.

**No. 10-6658. Michael Wise, Petitioner v. United States.**

564 U.S. 1021, 131 S. Ct. 3020, 180 L. Ed. 2d 849, 2011 U.S. LEXIS 4691.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 597 F.3d 1141.

**No. 10-6217. Fred Andrew Ramos, aka Freddie Andrew Ramos, Petitioner v. United States.**

564 U.S. 1021, 131 S. Ct. 3019, 180 L. Ed. 2d 849, 2011 U.S. LEXIS 4772.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 376 Fed. Appx. 457.

**No. 10-6664. Charles T. Dunson, Petitioner v. United States; and Adriane Rice, Petitioner v. United States.**

564 U.S. 1021, 131 S. Ct. 3020, 180 L. Ed. 2d 849, 2011 U.S. LEXIS 4774.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 603 F.3d 1023 (first judgment).

**No. 10-6440. William Travis Warren, Jr., Petitioner v. United States.**

564 U.S. 1021, 131 S. Ct. 3020, 180 L. Ed. 2d 849, 2011 U.S. LEXIS 4677.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 383 Fed. Appx. 360.

**No. 10-6667. Larry Edward Petersen, Petitioner v. United States.**

564 U.S. 1021, 131 S. Ct. 3020, 180 L. Ed. 2d 849, 2011 U.S. LEXIS 4688.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 383 Fed. Appx. 458.

**No. 10-6654. Anthony Womack, Petitioner v. United States.**

564 U.S. 1021, 131 S. Ct. 3020, 180 L. Ed. 2d 849, 2011 U.S. LEXIS 4588.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-6832. Ronald L. Rudd, Jr., Petitioner v. United States.**

564 U.S. 1021, 131 S. Ct. 3021, 180 L. Ed. 2d 849, 2011 U.S. LEXIS 4741.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.